**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JONAS SEBASTIAN JÖDICKE, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br> Defendants. | Case No. 22-cv-06348 <br><br> **Judge Sharon Johnson Coleman** <br><br> **Magistrate Judge Heather K. McShain** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff JONAS SEBASTIAN JÖDICKE ("Jödicke" or "Plaintiff") against the defendants identified on Schedule A, and using the Defendant Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Jonas Sebastian Jödicke having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Jonas Sebastian Jödicke having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Jonas Sebastian Jodicke has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e- commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Jonas Sebastian Jodicke's federally registered copyrights, which are protected by United States Copyright Registration Nos. VA 2-302-236; VA 2-302-243; VA 2-302-230; VA 2-302-401; VA 2-302-262; VA 2-302-246; VA 2-302-429; VA 2-302-426; VA 2-302-441; VA 2-302-234; VA 2-302-259; VA 2-302-237; VA 2-302-443; VA 2-302-422; VA 2-302-248; VA 2-302-251; VA 2-302-431; VA 2-302-436; VA 2-302-256; VA 2-302-425; VA 2-302-250; VA 2-302-432; VA 2-196-134; VA 2-302-438; VA 2-302-606; and VAu 1-318-176 ("Jödicke Works") to residents of Illinois. In this case, Jonas Sebastian Jödicke has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using infringing versions of the Jödicke Works. *See* Docket No. [12], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of the Jödicke Works.

2

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. §504).

Accordingly, this Court orders that Jonas Sebastian Jödicke's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1.  Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a.  using the Jödicke Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Jödicke product or not authorized by Jonas Sebastian Jödicke to be sold in connection with the Jödicke Works;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Jödicke product or any other product produced by Jonas Sebastian Jödicke, that is not Jonas Sebastian Jödicke's or not produced under the authorization, control, or supervision of Jonas Sebastian Jödicke and approved by Jonas Sebastian Jödicke for sale under the Jödicke Works;

    c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of

3

Jonas Sebastian Jödicke, or are sponsored by, approved by, or otherwise connected with Jonas Sebastian Jödicke; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Jonas Sebastian Jödicke, nor authorized by Jonas Sebastian Jödicke to be sold or offered for sale, and which bear any of Jödicke Works, including the Jödicke Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Jödicke Works; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Jödicke Works or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Jödicke product or not authorized by Jonas Sebastian Jödicke to be sold in connection with the Jödicke Works.

3. Upon Jonas Sebastian Jödicke's request, those with notice of this Order, including the Third

Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Jödicke Works.

4.  Pursuant to 17 U.S.C. § 504 (c)(2), Jonas Sebastian Jödicke is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of infringing Jödicke Works.

5.  Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.  All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, are hereby released to Jonas Sebastian Jödicke as partial payment of the above- identified damages, and Third Party Providers, including Amazon, are ordered to release to Jonas Sebastian Jödicke the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.  Until Jonas Sebastian Jödicke has recovered full payment of monies owed to it by any Defaulting Defendant, Jonas Sebastian Jödicke shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.  In the event that Jonas Sebastian Jödicke identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants Jonas Sebastian Jödicke may send notice of any supplemental proceeding, including a citation to discover assets, to

5

Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Jonas Sebastian Jödicke and any e-mail addresses provided for Defaulting Defendants by third parties.

9.    The ten thousand dollar ($10,000) surety bond posted by Jonas Sebastian Jödicke is hereby released to Jonas Sebastian Jödicke or Plaintiff's counsel, Keith Vogt Ltd., 33 West Jackson Boulevard, #2W, Chicago, Illinois, 60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Jonas Sebastian Jödicke or Plaintiff's counsel.

This is a Default Final Judgment.

Dated: 1/31/2023

Sharon Johnson Coleman
United States District Judge

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | xuyuncom |
| 2 | UniTendo |
| 3 | kubilai |
| 4 | JANNE TORRY |
| 5 | Qiuhong Gao |
| 6 | tongshanxianxuxibaihuodian |
| 7 | XiaoDingBaiHuoDian |
| 8 | hefeiqinvdianzishangwuyouxiangongsi |
| 9 | LCSM-zhdz |
| 10 | DAqing-us |
| 11 | SUNXR |
| 12 | eishengxin Maoyi Youxian Gongsi |
| 13 | HaoluxUS |
| 14 | Wisongangs |
| 15 | ZIMOHUA |
| 16 | shanxiliubingliangkejiyouxiangongsi |
| 17 | Zunpeng E-Commerce Co., Ltd. |
| 18 | |
| 19 | NPGQM |
| 20 | JPBXLUCKTEN-GM |
| 21 | haikouzhoutongkejiyouxiangong |
| 22 | zhangjianlin1233 |
| 23 | Utolife |
| 24 | huangshanSF |
| 25 | Romoy |
| 26 | Crazy RQ Jason |
| 27 | Lcailian |
| 28 | Trogzeria Store |
| 29 | chengdulengganshao |
| 30 | Letmestay |
| 31 | lewwmn |
| 32 | 代涛商贸 |
| 33 | 海口石富宽商贸有限公司 |
| 34 | fgdhfjtr5e7tkufghgfh456h |
| 35 | NFGHK |
| 36 | gmxkahj |

| | |
|---|---|
| 37 | MixtarUS |
| 38 | GonMall |
| 39 | MyLantu |
| 40 | |
| 41 | Yellow-Hyu |
| 42 | Qdkva |
| 43 | JUPSH |
| 44 | Jolly Factory |
| 45 | ZDGRR |
| 46 | PUTIANSHIYUANZHOULVMAOYI Co. Ltd |
| 47 | Cyngi Loen |
| 48 | |
| 49 | |
| 50 | Wu rong |
| 51 | |
| 52 | |
| 53 | |
| 54 | |
| 55 | guang zhou shi yao qi ke ji you xian gong si |
| 56 | Easyoyo |
| 57 | |
| 58 | |
| 59 | Mastery POD Apparel |
| 60 | tongxiangshigeizifushiyouxiangongsi |
| 61 | Pod Running |
| 62 | Flaming Blue |
| 63 | Pod Camiler |
| 64 | Go Far-US |
| 65 | |
| 66 | Deale Pod |
| 67 | Sunwell POD |
| 68 | Pod Camile |
| 69 | HoliPod |
| 70 | Gift Enormous Store |
| 71 | Linh Turowy |
| 72 | Tuaanhstore |
| 73 | DOVYTA |
| 74 | LUNDATSHOPZ |
| 75 | Nguyenngocnamm123 |
| 76 | Hieniunminhh |
| 77 | QUOC THANG THE ONE |
| 78 | LE GRAND CROWN |

| 79 | xgscs22 |
|---|---|
| 80 | VIAM SHUESHING 1 |
| 81 | LE NGUYEN DOAN TIEN |
| 82 | BADATSTORE |
| 83 | |
| 84 | ZHOUXIAO |
| 85 | |
| 86 | YetiiPOD |
| 87 | |
| 88 | RIYIHTON |
| 89 | LUOHEE |
| 90 | Huangshan Bangxiao Cultural Media |
| 91 | |
| 92 | |
| 93 | |
| 94 | |
| 95 | |
| 96 | EchoNest |
| 97 | LAVYINGY |
| 98 | |
| 99 | HG86 |
| 100 | Atledpro |
| 101 | |
| 102 | KINGHOMEX COMPANY LIMITED |
| 103 | Dau Yen Nhi |
| 104 | TRUC LIEU SHOP |
| 105 | |
| 106 | PMACommerce |
| 107 | calistores |
| 108 | Printnd |
| 109 | Văn hoàng VN |
| 110 | DAO TRAN CHIEN |
| 111 | |
| 112 | CHOKOZI STORE |
| 113 | Mirabel Shop |
| 114 | Hoang giu lam |
| 115 | Johnastore |
| 116 | HoTham12x |
| 117 | SeagullWings |
| 118 | WANWUU-US |
| 119 | KHAC LAM SHOP |
| 120 | DreamerCreation |
| 121 | NGOC TUNZO |
| 122 | DiuMoon |
| 123 | 2s Clothing |

| 124 | zhangyuanhongshyebg |
|-----|---------------------|
| 125 | Baaaa |
| 126 | CORKIFY |
| 127 | baiAY7W |
| 128 | Chenxing |
| 129 | Frameup shop |
| 130 | QLOVEA Direct |
| 131 | Bestielands |
| 132 | FairyPlains |
| 133 | Fashion signage |
| 134 | AArunfeng |
| 135 | putianshilichengquweimiezhengmaoyiyouxiangongsi |
| 136 | Rice Tomorrow |
| 137 | Chau's shop |
| 138 | Kuchimachie |
| 139 | Toranox |
| 140 | |
| 141 | Choke Store |
| 142 | weijiyouzhin |
| 143 | DesDirect 2vi |
| 144 | ART904 |
| 145 | haikouyijueludianzishangwuyouxiangongsi |
| 146 | JI SAN SUNGNA2 |
| 147 | KIET DEP TRAI |
| 148 | |
| 149 | xiangchengshiyuandinggongmaoyouxiangongsi |
| 150 | hauyunshangmao |
| 151 | hiepsxfas |
| 152 | Ihonmin |
| 153 | xinxiangfeimengshangmaoyouxiangongsi |
| 154 | YTJETYJETYJETYJ |
| 155 | Dream tradess |
| 156 | xuehaobaihuodian |
| 157 | LYHDDPA |
| 158 | lifeis art |
| 159 | VU QUYNH HUONG STORE |
| 160 | LDTYUS |
| 161 | jerrytrans |
| 162 | GreenBeenCake |
| 163 | Gracedesigns |
| 164 | Lovely Pendy |
| 165 | THE ONE JIYJAYS2 |
| 166 | Tongkhanhnghiapst |
| 167 | |
| 168 | Malli Luna |

| 169 | |
| 170 | Anpintai |
| 171 | |
| 172 | |
| 173 | manhhuy |
| 174 | THANH VAN INTERNATIONAL TRADING JOINT STOCK COMPAN |
| 175 | Grover Anita Magasin |
| 176 | |
| 177 | |
| 178 | DesignLTHx |
| 179 | riugfwuyestru43 |
| 180 | RAIKIMO |
| 181 | TRUONGAZSTORE |
| 182 | LoveKISTTY MUG STORE |
| 183 | 成都原木世贸易有限公司 |
| 184 | LOIYTREN |
| 185 | YONGFEIDU |
| 186 | luomindediandian |
| 187 | |
| 188 | |
| 189 | |
| 190 | UyenPhuong123 |
| 191 | Midnight-Inc |
| 192 | |
| 193 | |
| 194 | Qige Decoration |
| 195 | Onirique Store |
| 196 | |
| 197 | PVATBL_Store |
| 198 | GG Shoping |
| 199 | PhucDatChelseaStore |
| 200 | Ya Jing Shop |